■ SCOTT VAN BUSKIRK, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 107578.) [893 NYS2d 790]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered December 15, 2008. The order granted the motion of defendant for summary judgment dismissing the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.